

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-93,211-01

### EX PARTE GARLAND LEON MARTIN AKA BUTCH MARTIN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR24,279-A IN THE 142ND DISTRICT COURT
### FROM MIDLAND COUNTY

*Per curiam*. KEEL, J. concurred. YEARY, J. filed a dissenting opinion in which KELLER, P.J. joined. SLAUGHTER, J. dissented.

## O P I N I O N

Applicant was convicted of three counts of capital murder and sentenced to life imprisonment. The Eighth Court of Appeals affirmed his conviction. *Martin v. State,* No. 08-99-00268-CR (Tex. App. —El Paso, Dec. 7, 2000)(not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends, among other things, that he is actually innocent.

We agree. Relief is granted. *Ex parte Elizondo*, 947 S.W.2d 202 (Tex. Crim. App. 1996); *Ex parte Tuley*, 109 S.W.3d 388 (Tex. Crim. App. 2002). The judgment in cause number CR24,279

in the 142nd District Court of Midland County is set aside, and Applicant is remanded to the custody of the Sheriff of Midland County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered:    May 22, 2024
Do not publish